UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>RIDGECREST CINEMA, LTD<br><br>   Defendants. | Case No. 1:21-cv-00888-AWI-JLT<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE**<br>**(Doc. 9)** |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **September 9, 2021**          **_ /s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE